**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0196-REB-MJW

MARIO SIGALA, and
NINA JOHNSON, on behalf of themselves and all others similarly situated,

 Plaintiffs,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation,
HARTFORD PROPERTY AND CASUALTY INSURANCE COMPANY, a Connecticut corporation, and
HARTFORD FINANCIAL SERVICES GROUP, INC., a Connecticut corporation,

 Defendants.

## MINUTE ORDER

 Defendants' Unopposed Motion to Withdraw Defendants' Motion to Strike Class Allegations, filed June 24, 2005, is GRANTED. Defendant's Motion to Strike [#19], filed September 30, 2004, is DENIED based on the defendant's motion to withdraw.

Dated: June 27, 2005

----------------------------------------------------------------------------------------------------------